# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Anthony Parts

(List the full name(s) of the plaintiff(s)/petitioner(s).)

25 CV 7533 ( )( )

-against-

Woodmont Ramapo LLC

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 9/17/25 but did not file a notice of appeal within the required date time period because:

See attached

(Explain here the excusable ne[glect]...)

---

The motion is denied. An order remanding a case to the State court from which it was removed because the Court lacks subject matter jurisdiction, such as this Court's September 17, 2025 order (Doc. 5), is not reviewable on appeal or otherwise. *See* 28 U.S.C. 1447(d). Further, the Court notes that, to the extent defendant intends to make a "motion to void" in this Court, this Court been divested of jurisdiction on the merits since remand. *See, e.g., Jacobs v. ABN-AMRO Bank N.V.*, 2005 WL 831810 (E.D.N.Y. Apr. 11, 2005).

SO ORDERED.

/s/ Philip M. Halpern
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       October 20, 2025

---

Dated: October [...]

Parts, A[nthony]
Name (Last, First, MI)

130 W. P[...]
Address

561-703-1[...]
Telephone Number

[...] NJ 0760[...]

[...]mail.co[m]
E-mail Address (if available)

Rev. 12/23/13

Case 7:25-cv-07533-PMH   Document 6   Filed 10/20/25   Page 2 of 6

UNITED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Parks
    Plaintiff

Case No. CV 25 7533

Vs.

Woodmont Ramaps LLC

MOTION FOR A 15-DAY EXTENSION OF TIME TO FILE APPEAL

1. The court issued a remand back to the Justice Court of Ramapo by order on September 17th 2025 but appears to be filed on September 18, 2025. That means a notice of appeal would be due on either October 17, 2025, or October 18th, 2025.

2. First, I want to be clear that Plaintiff has no intention (at this point) of pursuing an appeal just on the remand itself. But Plaintiff does have concerns that pursuant to a violation 28 U.S.C 1446 (d)

**(d)Notice to Adverse Parties and State Court.—**
Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.

3. This is governed by strict statute regardless of whether a case was deemed removable or not.

1

4. There was a violation of this statute by the state court during the time of removal which raises a void issue. Plaintiff will file a specific motion on that I the next coming days when I receive the final order.

5. Therefore, plaintiff intends to file the appropriate motion to void and actions taken during the review period and service date.

6. Plaintiff does not want to file an appeal now which may take this matter out of the jurisdiction of this court, unnecessarily and tie up judicial time to request remand request with the second circuit.

7. Therefore, plaintiff is requesting a 15-day extension of time to file an appeal while this matter is pending.

Anthony Parks

_____

130 W. Pleasant Ave
#327
Maywood, N.J. 07607
561-703-1283

October 17, 2025

3

PROOF OF SERVICE
Plaintiff hereby certifies that a true copy of this motion was sent to Griffen Alexander 11 Broadway, Suite 615, New York, 10004

*Anthony Parks*

4